## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Romero Grady, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 15 C 50012 |
| | ) | |
| Chrysler Group LLC, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

### ORDER

Before the court is a report and recommendation ("R&R") from the magistrate judge recommending that this court deny plaintiff's motion to strike defendants' affirmative defenses [33]. The magistrate, at the September 18, 2015 status hearing, noted that the motion to strike provides no grounds to strike the affirmative defenses and, instead, just contains a blanket denial of their applicability. Despite being given the opportunity, plaintiff has not objected to the magistrate judge's R&R. The court agrees with the magistrate judge that the motion does not provide a basis to strike defendants' affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f). Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and denies plaintiff's motion to strike [33].

Date: 10/5/2015                                    ENTER:

                                                   _____
                                                   FREDERICK J. KAPALA
                                                   District Judge